# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONY ELKIES *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>JOHNSON & JOHNSON SERVICES, INC., *et al.*, <br><br>　　　　　Defendants. | Case No. 2:17-CV-7320-GW(JEMx) <br><br>Assigned to Hon. George H. Wu <br><br>**[PROPOSED] ORDER RE: NOTICE OF CLASS ACTION SETTLEMENT AND JOINT STIPULATION TO VACATE TRIAL DATE AND DEADLINES PENDING APPROVAL OF SETTLEMENT** <br><br>FPTC:　　Aug. 19, 2019 <br>Trial:　　Aug. 27, 2019 |

    Based on the parties' notification of the class action settlement and stipulation, and for good cause showing, the Court hereby VACATES all dates pending settlement approval under Federal Rule of Civil procedure Rule 23(e).

    Plaintiffs shall move the Court for an order preliminarily approving the class action settlement as soon as practicable, but no later than August 19, 2019.

IT IS SO ORDERED.

Dated: June ___, 2019

_____
Hon. George H. Wu