**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (SBN 229124)
gwade@mjfwlaw.com
Sara D. Avila (SBN 263213)
savila@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**HEIDEMAN NUDELMAN & KALIK, P.C.**
Richard D. Heideman (*pro hac vice*)
rdheideman@hnklaw.com
Noel J. Nudelman (*pro hac vice*)
njnudelman@hnklaw.com
Tracy Reichman Kalik (*pro hac vice*)
trkalik@hnklaw.com
1146 19th Street, NW 5th Floor
Washington, DC 20036
Tel: (202)463-1818
Fax: (202)463-2999

*Attorneys for Plaintiffs and the Class*

**O'MELVENY & MYERS LLP**
Matthew D. Powers (SB 212682)
mpowers@omm.com
Joseph R. O'Connor (SB 274421)
joconnor@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONY ELKIES and DANIELLE ALFANDRY, individually and on behalf of all others situated;<br><br>Plaintiffs,<br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC., a New Jersey limited liability company, JOHNSON & JOHNSON CONSUMER INC. a New Jersey limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-7320-GW-JEM<br><br>**SUPPLEMENTAL REPORT REGARDING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AMENDED STIPULATION OF SETTLEMENT**<br><br>Hearing Date: November 4, 2019<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D |

**SUPPLEMENTAL REPORT REGARDING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to the Court's October 21, 2019 Order, Plaintiffs Rony Elkies and Danielle Alfandary (collectively, "Plaintiffs") and Defendants Johnson & Johnson Services, Inc. and Johnson & Johnson Consumer Inc. (collectively, "Defendants"), by their undersigned counsel, hereby submit this supplemental joint statement regarding Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (D.E. 126).

At the October 10, 2019 hearing on Plaintiffs' Motion for Preliminary Approval, the Court issued a tentative ruling stating that the Court would approve the Parties' class action settlement, and offered comments and suggestions on minor, mostly clerical revisions to the settlement documents before doing so. (D.E. 166 at 7.) The parties agreed to amend the Stipulation of Settlement (D.E. 162-1, Ex. 1) and Press Release (D.E. 162-2, Ex. 4) to address these comments, and hereby attach a fully executed copy of the Amended Stipulation of Settlement as **Exhibit 1** (the "Amended Agreement").[1] The Parties also submit a revised Press Release attached hereto as **Exhibit 2**.[2] The minor changes the Parties have made to the original Stipulation of Settlement (D.E. 162-1, Ex. 1) and Press Release (D.E. 162-2) are as follows:

- On page 19:7–11 of the Amended Agreement, attached hereto as **Exhibit 1,** the number of opt-outs required before Defendants' may terminate or modify the Amended Agreement was increased from 100 to 250. (*See* D.E. 66 at 7, n. 5.)
- In the Proposed Preliminary Approval Order (Ex. B to the Amended Agreement):
    - At page 1 lines 17–22 a portion of the class definition was changed from "if you bought Infants' Tylenol for personal or

---

[1] The original Stipulation of Settlement is located at D.E. 162-1, Ex. 1 to Decl. G. Wade ISO Pltfs.' Mot. for Prelim. Approval of Class Action Settlement.

[2] The original Press Release is located at D.E. 162-2, Ex. 4 to Decl. of C. Peak Re Settlement Notice Program.

      household use in the United States…" to "if you are in the United States and bought Infants' Tylenol for personal or household use…" to conform to the definition of the settlement Class in the Amended Agreement.

- At page 3 line 15, "continue or" was added before adjourn so the court may continue the Final Approval Hearing.
- At page 4, lines 2–8, the text was revised to indicate that the Court is approving the form of the notice documents that are attached the Amended Stipulation and revised Press Release, which are being submitted with this this Joint Report.

- In the Publication Notice (Ex. C to the Amended Agreement)
  - Following the question "Am I Included" the class definition was changed from "if you bought Infants' Tylenol for personal or household use in the United States…" to "if you are in the United States and bought Infants' Tylenol for personal or household use…" to conform to the definition of the settlement Class in the Amended Agreement.
  - In the first sentence of the second paragraph following the question "What Does the Settlement Provide" the phrases "use reasonably diligent efforts to" were added between the words "JJCI will" and "modify the packaging", to more accurately reflect the terms of the Amended Agreement.
  - Following the question "What are My Options", the words "and do nothing" in the second line were changed to "and do not submit a claim form."
- In the Long Form Notice (Ex. E to the Amended Agreement):
  - Beneath the question "Who is Included in the Class" and the section titled "Defined Terms Used in the Release", a portion

of the class definition was changed from "if you bought Infants' Tylenol for personal or household use in the United States…" to "if you are in the United States and bought Infants' Tylenol for personal or household use…" to conform to the definition of the settlement Class in the Amended Agreement.

- o Beneath the question "How Do I Get Out of the Settlement", change the word "includes" that follows "and (2)" to "including"
- o The question "My I Speak at the Hearing" was changed to "May I speak at the Hearing", correcting a typo.

- In the Proposed Final Settlement Order and Judgment (Ex. G to the Amended Agreement)
  - o A portion of the class definition was changed from "if you bought Infants' Tylenol for personal or household use in the United States…" to "if you are in the United States and bought Infants' Tylenol for personal or household use…" to conform to the definition of the settlement Class in the Amended Agreement.
- Press Release, attached here to as **Exhibit 2** (previously filed as Ex. 4 to the Peak Declaration)
  - o In the second paragraph, a portion of the class definition was changed from "if you bought Infants' Tylenol for personal or household use in the United States…" to "if you are in the United States and bought Infants' Tylenol for personal or household use…" to conform to the definition of the settlement Class in the Amended Agreement.

- o In the first sentence of the third paragraph, the words "and JJCI has agreed to injunctive relief" was inserted.
- o The words "that are" have been added in between "announce" and "proposed" on the second line of the opening paragraph.
- o In the first sentence of the last paragraph, the words "and do nothing" were changed to "and do not submit a claim form."

## CONCLUSION

Accordingly, Plaintiffs respectfully request that the Court approve the class action settlement for the reasons described in Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (D.E. 162) as reflected in the Amended Agreement, and approve the Parties' Amended Settlement. The Parties request that, if more convenient for the Court and if the Court has no further questions or comments on the Amended Agreement, that the Court take the hearing currently scheduled for November 4, 2016 at 8:30 am off calendar.

October 24, 2019             Respectfully submitted,

 */s/ Sara D. Avila*
Sara D. Avila
Gillian L. Wade
**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

Richard D. Heideman
Noel J. Nudelman
Tracy Reichman Kalik
**HEIDEMAN NUDELMAN & KALIK, P.C.**

*Counsel for Plaintiffs*

**SUPPLEMENTAL REPORT REGARDING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

| | | |
|---|---|---|
| 1 | October 24, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Joseph R. O'Connor* |
| | | Matthew D. Powers |
| 4 | | Joseph R. O'Connor |
| | | **O'MELVENY & MYERS LLP** |
| 5 | | |
| 6 | | *Counsel for Defendants* |