**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (SBN 229124)
gwade@mjfwlaw.com
Sara D. Avila (SBN 263213)
savila@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**HEIDEMAN NUDELMAN & KALIK, P.C.**
Richard D. Heideman (*pro hac vice*)
rdheideman@hnklaw.com
Noel J. Nudelman (*pro hac vice*)
njnudelman@hnklaw.com
Tracy Reichman Kalik (*pro hac vice*)
trkalik@hnklaw.com
1146 19th Street, NW 5th Floor
Washington, DC 20036
Tel: (202)463-1818
Fax: (202)463-2999

*Attorneys for Plaintiffs and the Class*

**O'MELVENY & MYERS LLP**
Matthew D. Powers (SB 212682)
mpowers@omm.com
Joseph R. O'Connor (SB 274421)
joconnor@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONY ELKIES and DANIELLE ALFANDRY, individually and on behalf of all others situated;<br><br>        Plaintiffs,<br><br>    vs.<br><br>JOHNSON & JOHNSON SERVICES, INC., a New Jersey limited liability company, JOHNSON & JOHNSON CONSUMER INC. a New Jersey limited liability company, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:17-CV-7320-GW-JEM<br><br>**SECOND SUPPLEMENTAL JOINT REPORT REGARDING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to the Court's further ruling on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, communicated to the parties at the November 4, 2019 hearing,  , Plaintiffs Rony Elkies and Danielle Alfandary (collectively, "Plaintiffs") and Defendants Johnson & Johnson Services, Inc. and Johnson & Johnson Consumer Inc. (collectively, "Defendants"), by their undersigned counsel, hereby submit this second supplemental joint statement regarding Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (D.E. 126).

At the October 10, 2019 hearing on Plaintiffs' Motion for Preliminary Approval, the Court issued a tentative ruling stating that the Court would approve the Parties' class action settlement, and offered comments and suggestions on minor, mostly clerical revisions to the settlement documents before doing so.  (D.E. 166 at 7.)  The parties agreed to amend the Stipulation of Settlement (D.E. 162-1, Ex. 1) and Press Release (D.E. 162-2, Ex. 4) to address these comments, and submitted a fully executed copy of the Amended Stipulation of Settlement (the "Amended Agreement") and a revised Press Release as exhibits to the Parties' Supplemental Report Regarding Unopposed Motion for Preliminary Approval of Class Action Settlement; Stipulation of Settlement ("Supplemental Report"). (D.E. 169).

At the November 4, 2019 hearing on Plaintiffs' Motion for Preliminary Approval, the Court's tentative order noted certain inconsistencies between the Supplemental Report's descriptions of the edits to the Amended Agreement and the Press Release and the contents of those documents. Some of the Supplemental Report's descriptions of the edits were inaccurate. But discrepancies between the documents and their descriptions were not meaningful, and the actual edits to the Amended Settlement Agreement were correct and accepted by the Court. However, the Press Release did not contain all of the edits described in the Supplemental Report. Accordingly, the parties made those changes. A revised Press Release is

1

attached hereto as **Exhibit 1**. The additional changes the Parties have made to the Press Release are as follows:

- In the second paragraph, the language "for personal or household use" was added to accurately describe the class definition.
- In the first sentence of the fourth paragraph, the words "and do nothing" was changed to "and do not submit a claim form."

Accordingly, Plaintiffs respectfully request that the Court approve the class action settlement for the reasons described in Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (D.E. 162) as reflected in the Amended Agreement (D.E. 169) and described in the attached Press Release, and approve the proposed class settlement.

The Court has set a continued hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement for November 12, 2020. Assuming that the Court preliminarily approves the settlement at the November 12, 2020 hearing, the parties further request that the Court continue the Final Approval Hearing from March 26, 2020 to April 16, 2020 to accommodate the deadlines contained in the Amended Settlement, and continue the corresponding deadline for Plaintiffs to file their documents in support of final approval of the class action settlement to April 2, 2020.[1]  If convenient for the Court and if the Court has no further questions or comments, the Parties request that the Court take the November 12, 2020 hearing off calendar.  The Parties thank the Court for its attention to this matter.

November 4, 2019                      Respectfully submitted,

                                        */s/ Sara D. Avila*
                                        Sara D. Avila

---

[1] The Final Approval Hearing is currently set for March 26, 2020.  (D.E. 168).

SECOND SUPPLEMENTAL REPORT REGARDING PRELIMINARY APPROVAL



Gillian L. Wade
**MILSTEIN JACKSON FAIRCHILD &
WADE, LLP**

Richard D. Heideman
Noel J. Nudelman
Tracy Reichman Kalik
**HEIDEMAN NUDELMAN &
KALIK, P.C.**

*Counsel for Plaintiffs*

November 4, 2019                Respectfully submitted,

    */s/ Joseph R. O'Connor*
Matthew D. Powers
Joseph R. O'Connor
**O'MELVENY & MYERS LLP**

*Counsel for Defendants*

3

**SECOND SUPPLEMENTAL REPORT REGARDING PRELIMINARY APPROVAL**

# EXHIBIT 1

If you purchased Infants' Tylenol you may be entitled to cash from a class action settlement

Los Angeles, [Month XX, 2019/PRNewswire/--Milstein, Jackson, Fairchild & Wade, LLP of Los Angeles, CA and Heideman Nudelman & Kalik, PC of Washington, DC announce that a proposed settlement has been reached with Johnson & Johnson Services, Inc. and Johnson & Johnson Consumer Inc. ("JJCI") about the packaging of Infants' Tylenol. The plaintiffs in the lawsuit claim that the Infants' Tylenol packaging (the text "Infants" and a picture of a mother holding her baby) deceives consumers into believing Infants' Tylenol is unique/specially formulated for infants, when the bottle contains liquid acetaminophen of the same concentration in Children's Tylenol, and therefore causes consumers to overpay for Infants' Tylenol. JJCI denies all the plaintiffs' allegations of deception, and asserts that the safety features of Infants' Tylenol, especially the accompanying syringe for safe dosing of very young children, means Infants' and Children's are different products. The settlement is not an admission of wrongdoing.

You are included in the settlement as a "Class Member" if you are in the United States and bought Infants' Tylenol any time for personal or household use between October 3, 2014 and [insert first date notice will be published].

A $6.315 million fund will be created and JJCI has agreed to injunctive relief. After deducting administrative costs, Class Counsel's attorneys' fees and expenses, and service awards for the named plaintiffs, the balance will be used to pay Class Member claims. Class Members may claim $2.15 for every bottle of Infants' Tylenol purchased for a maximum of 7 bottles ($15.05) without proof of purchase or an unlimited number of bottles with proof of purchase. You must submit a Claim Form by Month day, 2019, to receive a settlement payment.

If you are a Class Member and do not submit a claim form, your rights will be affected but you will not get a settlement payment. If you do not want to be legally bound by the settlement, you must exclude yourself from it by month day, 2019. If you stay in the settlement (do not exclude yourself), you may object to the settlement by month day, 2019.

For more information, go to www.[website].com or call 1-8xx-xxx-xxxx.
*Elkies v. Johnson and Johnson Services, Inc.*, Case No. 2:17-cv-07320 (C.D. Cal.).