**MILSTEIN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**HEIDEMAN NUDELMAN &**
**KALIK, P.C.**
Richard D. Heideman (admitted *pro hac vice*)
rdheideman@hnklaw.com
Noel J. Nudelman (admitted *pro hac vice*)
njnudelman@hnklaw.com
Tracy Reichman Kalik (admitted *pro hac vice*)
trkalik@hnklaw.com
1146 19th Street, NW 5th Floor
Washington, DC  20036
Tel: (202)463-1818
Fax: (202)463-2999

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONY ELKIES and DANIELLE ALFANDARY, individually and on behalf of all others situated;<br><br>Plaintiffs,<br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC., a New Jersey limited liability company, JOHNSON & JOHNSON CONSUMER INC. a New Jersey limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-7320-GW(JEMx)<br><br>**DECLARATION OF H. JAKE HACK REGARDING CLAIM COUNTS** |

I, H. Jake Hack, declare as follows:

1. I am a Senior Project Manager with KCC Class Action Services, LLC ("KCC"), located at 462 South 4th Street, Louisville, Kentucky 40202. Pursuant to the Order Preliminarily Approving Class Action Settlement, Conditionally Certifying the Settlement Class, Providing for Notice and Scheduling Order (the "Preliminary Approval Order") dated December 6, 2019, the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.

2. This Declaration is submitted in order to provide an update to the May 4, 2020 Declaration of Carla A. Peak (Dkt. 175-2) regarding the claims data, in light of KCC's ongoing manual review of claims.

3. The deadline for Class Members to submit a Claim Form was April 13, 2020. As of June 19, 2020, KCC received approximately 841,429 Claim Forms filed through both postal mail and the case website. Since May 4, 2020 KCC has continued its review of the claims for duplication.

4. To date, KCC has received 25 claims past the claim filing deadline (which will be denied for being untimely) and identified 122,395 claims that were duplicative submissions, resulting in a total of 719,009 valid Claim Forms. Based on this information, KCC currently estimates the per-bottle payment amount to be approximately $0.74. This estimate assumes that all Class Members who submitted a Claim Form without proof of purchase will receive an award per bottle claimed, up to a maximum of 7 bottles, and Class Members who submitted a Claim Form with documentation will receive the amount substantiated. These numbers are subject to change as KCC prepares and performs their final review in advance of the distribution.

I, H. Jake Hack, declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June 2020, at Louisville, Kentucky.



_____
H. Jake Hack

**DECLARATION OF H. JAKE HACK REGARDING CLAIM COUNTS**